**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Michael Salman and Suzanne Salman, | ) | No. CV-11-646-PHX-FJM |
| Plaintiffs, | ) ) | **ORDER** |
| vs. | ) ) | |
| City of Phoenix, et al., | ) ) | |
| Defendants. | ) ) | |
| | ) ) | |

We have before us plaintiffs' amended motion for a temporary restraining order (doc. 7) and amended memorandum in support (doc. 8). We denied plaintiffs' first motion for a restraining order because they failed to satisfy any of the conditions for the granting of injunctive relief. See Order of April 8, 2011 (doc. 5). Plaintiffs make no additional allegations that support their renewed application. The amended motion only deals with the page limit issue we raised. It fails to address the substantive reasons for our denial of relief.

Therefore, **IT IS ORDERED DENYING** plaintiffs' amended motion for a temporary restraining order (doc.7).

We again urge plaintiffs to seek the advice of a lawyer.

DATED this 21st day of April, 2011.

_Frederick J. Martone_
Frederick J. Martone
United States District Judge